to the Court of Appeals of the District of Columbia granted. *Messrs. Samuel T. Ansell* and *George M. Wilmeth* for petitioner. *Solicitor General Biggs* for respondent.

No. 449. CLARK, RECEIVER, *v.* WILLIARD ET AL. October 23, 1933. Petition for writ of certiorari to the Supreme Court of Montana granted. *Messrs. M. S. Gunn* and *Edmond M. Cook* for petitioner. *Mr. Louis P. Donovan* for respondents.

No. 463. ELLIOT ET AL. *v.* LOMBARD. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. J. Zach Spearing* and *Wm. A. Van Siclen* for petitioners. No appearance for respondent.

No. 477. BEST, ADMINISTRATOR, *v.* DISTRICT OF COLUMBIA. November 6, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. James A. O'Shea, John H. Burnett,* and *Alfred Goldstein* for petitioner. *Messrs. William W. Bride, Vernon E. West,* and *Robert E. Lynch* for respondent.

No. 505. MANHATTAN PROPERTIES, INC. *v.* IRVING TRUST CO., TRUSTEE; and

No. 506. BROWN ET AL. *v.* SAME. November 13, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. C. Dickerman Williams, William D. Mitchell, Rollin Browne, Ralph Montgomery Arkush,* and *Amos J. Peaslee* for peti-